FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/9/2015 2:00:49 PM
CATHY S. LUSK
Clerk

# THE STATE OF TEXAS
# M A N D A T E

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## TO THE 349TH DISTRICT COURT OF HOUSTON COUNTY, GREETING:

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 13th day of May, 2015, the cause upon appeal to revise or reverse your judgment between

### TRACY TREVINO, Appellant

### NO. 12-14-00102-CR; Trial Court No. 13CR-034

Opinion by James T. Worthen, Chief Justice.

### THE STATE OF TEXAS, Appellee

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below **be in all things affirmed**, and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 7th day of July, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk

FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

**TWELFTH COURT OF APPEALS**

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

July 7, 2015

Ms. Carolyn Rains
District Clerk
Houston County
P. O. Box 1186
Crockett, TX 75835
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:            12-14-00102-CR
          Trial Court Case Number:   13CR-034

**Style:**  Tracy Trevino
           v.
           The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk

C Ms. Donna Gordon Kaspar (DELIVERED VIA E-MAIL)
C Mr. Mark W. Cargill (DELIVERED VIA E-MAIL)

Mandate executed on ___9th___ day of ___July___, 2015.

Brief explanation of action taken: _duly recognized, obeyed and executed_

_Lisa Guirge, Chief Deputy Clerk_ District/County Clerk